Paul T. Trimmer
Nevada Bar No. 9291
I-Che Lai
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: paul.trimmer@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorney for Defendant*
*Resorts World Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOAMY ARMENDARIZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>RESORTS WORLD LAS VEGAS; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01426-GMN-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and LR IA 6-1, IA 6-2, and 7-1, Plaintiff Joamy Armendariz and Defendant Resorts World Las Vegas, by and through their respective counsel, hereby stipulate and agree to extend the time for Defendant to file its response to the complaint (ECF No. 1) to **September 19, 2025**. This is the first stipulation for extension of the deadline to respond to the complaint.

Good cause and excusable neglect warrants the stipulated extension. Defendant was served on August 7, 2025, and has recently retained counsel. Its counsel needs additional time to familiarize himself with the case. Defendant will therefore need the extension to adequately prepare

/ / /

/ / /

/ / /

/ / /

a response to the complaint. In stipulating to the extension, the parties are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have. *See Szanto v. Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at \*10 (D. Nev. Nov. 26, 2013).

Dated: September 15, 2025

MAIER GUTIERREZ & ASSOCIATES               JACKSON LEWIS P.C.

*/s/*Danielle Barraza                                        */s/*I-Che Lai
Jason R. Maier                                               Paul T. Trimmer
Nevada Bar No. 8557                                          Nevada Bar No. 9291
Daniele J. Barraza                                           I-Che Lai
Nevada Bar No. 13822                                         Nevada Bar No. 12247
8816 Spanish Ridge Avenue                                    300 S. Fourth Street, Suite 900
Las Vegas, NV 89148                                          Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                                    *Attorney for Defendant*
*Joamy Armendariz*                                           *Resorts World Las Vegas*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___9/18/2025_____

2