1  PAUL T. TRIMMER, ESQ.
   Nevada Bar No. 9291
2  I-CHE LAI, ESQ.
   Nevada Bar No. 12247
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Telephone: (702) 921-2460
5  Email: paul.trimmer@jacksonlewis.com
   Email: i-che.lai@jacksonlewis.com
6
7  *Attorney for Defendant*
   *Resorts World Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOAMY ARMENDARIZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>RESORTS WORLD LAS VEGAS; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01426-GMN-DJA<br><br>**STIPULATION TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION (ECF NO. 15)** |

Plaintiff Joamy Armendariz and Defendant Resorts World Las Vegas, by and through their respective counsel, hereby stipulate to reschedule the Early Neutral Evaluation ("ENE"). This Court has scheduled the ENE for December 19, 2025, and has required the attendance of all parties and their counsel of record. (ECF No. 15.) This Court also requires non-individual parties to attend with an officer or representative with full settlement authority. (ECF No. 15.)  If any party is subject to coverage by an insurance carrier, then a representative of the carrier with full settlement authority must also attend. (ECF No. 15.) Here, along with its counsel of record, Defendant will attend an ENE with a representative and a carrier representative with full settlement authority.

However, Defendant's representative is unavailable on December 19, 2025, due to a previously scheduled engagement. And Defendant's counsel of record is unavailable until February 2026 due to depositions in an unrelated case and preparation for and participation in a jury trial, in another case—both set for January 2026. The parties therefore jointly propose any of the following dates for this Court to reschedule the ENE:

1. Tuesday, February 3, 2026
2. Thursday, February 5, 2026
3. Tuesday, February 17, 2026
4. Wednesday, February 18, 2026
5. Thursday, February 19, 2026

The parties can provide additional dates at this Court's request. This stipulation and order is sought in good faith and not for the purpose of delay.

Dated: November 26, 2025

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| /s/ Danielle Barraza | /s/I-Che Lai |
| Jason R. Maier | Paul T. Trimmer |
| Nevada Bar No. 8557 | Nevada Bar No. 9291 |
| Daniele J. Barraza | I-Che Lai |
| Nevada Bar No. 13822 | Nevada Bar No. 12247 |
| 8816 Spanish Ridge Avenue | 300 S. Fourth Street, Suite 900 |
| Las Vegas, NV 89148 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |
| *Joamy Armendariz* | *Resorts World Las Vegas* |

**ORDER**

The parties' Stipulation at ECF No. 16 is **GRANTED**. The Early Neutral Evaluation is continued to **February 27, 2026, at 9:00am**. Parties shall now email their confidential briefs by **February 20, 2026, at 4:00pm** to Court_MDC@nvd.uscourts.gov. All other aspects of the Court's 10/16/2025 (ECF No. 15) Order remain in effect.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: December 11, 2025

2