PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
I-CHE LAI, ESQ.
Nevada Bar No. 12247
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: paul.trimmer@jacksonlewis.com
Email: i-che.lai@jacksonlewis.com

*Attorney for Defendant*
*Resorts World Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOAMY ARMENDARIZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>RESORTS WORLD LAS VEGAS; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants.<br>. | Case No: 2:25-cv-01426-GMN-DJA<br><br><br>**STIPULATION AND ORDER TO DISMISS THE COMPLAINT WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Joamy Armendariz and Defendant Resorts World Las Vegas stipulate to dismiss the complaint, including all claims in this action, with prejudice

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

and with each party to bear her or its own attorneys' fees and costs incurred in this action.

Dated: April 24, 2026

MAIER GUTIERREZ & ASSOCIATES

/s/ Daniele J. Barraza

Jason R. Maier
Nevada Bar No. 8557
Daniele J. Barraza
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Plaintiff*
*Joamy Armendariz*

JACKSON LEWIS P.C.

/s/ I-Che Lai

Paul T. Trimmer
Nevada Bar No. 9291
I-Che Lai
Nevada Bar No. 12247
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorney for Defendant*
*Resorts World Las Vegas*

The Clerk of Court is kindly directed to close the case.

IT IS SO ORDERED.

_____
United States District Judge

Dated:_____ April 24, 2026

2